UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION**

Case No. 2:18-md-2846

Judge Edmund A. Sargus, Jr.
Magistrate Judge Kimberly A. Jolson

**This document relates to:**
*Aguilera, et al. v. Davol, Inc. et al.*
Case No. 1:19-cv-252

## ORDER

This matter is before the Court on Plaintiffs' unopposed Motion to Substitute Party. (ECF No. 6.)  Rule 25 provides that, "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party." Fed. R. Civ. P. 25(a)(1).  "A motion for substitution may be made by any party or by the decedent's successor or representative." *Id.*

Elizabeth Stephens is Plaintiffs' surviving daughter and Successor in Interest pursuant to Section 377.11 of the California Code of Civil Procedure. (ECF No. 6.)  Plaintiffs now move for the substitution of Elizabeth Stephens as Successor in Interest as the proper plaintiff. (*Id.*)  Plaintiffs' unopposed Motion to Substitute Elizabeth Stephens as the proper plaintiff is **GRANTED**.  The Clerk is directed to substitute Elizabeth Stephens as Successor in Interest to John P. Aguilera and Linda C. Aguilera as Plaintiff in place of John P. Aguilera and Linda C. Aguilera.

**IT IS SO ORDERED.**


**9/23/2022**                                  **s/Edmund A. Sargus, Jr.**
**DATE**                                         **EDMUND A. SARGUS, JR.**
                                                       **UNITED STATES DISTRICT JUDGE**